UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEN SIMMONS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SKANSKA USA INC, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. C22-1662-RSM<br><br>ORDER DISMISSING CASE |

On December 13, 2022, the Court issued its Order Regarding Initial Disclosures and Joint Status Report (Dkt. #3); the deadline for filing the Joint Status Report was January 24, 2022. As stated in the Court's Order, Plaintiff is responsible for starting the communications needed to comply with the Order. Plaintiff did not file a Joint Status Report.

On March 27, 2023, the Court issued a Minute Order (Dkt. #4) to show cause on or before Wednesday, April 5, 2023, why this action should not be dismissed for failure to comply with the Court's Order. The Court warned that absent a timely response to the Minute Order, case would be dismissed without prejudice.

To date, Plaintiff has not filed a response or any other document with the Court. Accordingly, the Court ORDERS that this case is DISMISSED without prejudice.

ORDER - 1

DATED this 6th day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2